UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M&G RESINS, USA, LLC, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:17-CV-052 |
| BBC CHARTERING CARRIERS GMBH & CO. KG, *et al*, | § § § § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

Pursuant to the Court's Conditional Order of Dismissal (D.E. 74) and the expiration of the time in which parties may seek reinstatement of their claims (D.E. 74, 78, 82), along with the Court's Orders to Dismiss with Prejudice (D.E. 79, 80), the Court enters final judgment dismissing this action.

ORDERED this 19th day of November, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE